IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gardner, Georgina L | Case Number: 08 B 21596 |
| | Judge: Hollis, Pamela S |
| Printed: 01/22/09 | Filed: 8/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 467.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 436.18 |
| Trustee Fee: | | 30.82 |
| Other Funds: | | 0.00 |
| Totals: | 467.00 | 467.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 2,794.00 | 436.18 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 373.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 2,542.00 | 0.00 |
| 5. | American Home Mortgage Servicing | Secured | 33,121.51 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 1,004.82 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 73.85 | 0.00 |
| 8. | Midnight Velvet | Unsecured | 59.17 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 28.34 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 196.46 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 107.99 | 0.00 |
| 12. | Capital One Auto Finance | Unsecured | 917.25 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 61.56 | 0.00 |
| 14. | Capital One Auto Finance | Secured | | No Claim Filed |
| 15. | TCF Bank | Unsecured | | No Claim Filed |
| 16. | J C Penney Card Bank N.A. | Unsecured | | No Claim Filed |
| 17. | Monterey Financial Services | Unsecured | | No Claim Filed |
| | | | $ 41,279.95 | $ 436.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 30.82 |
| | $ 30.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Gardner, Georgina L | Case Number:  08 B 21596 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/22/09 | Filed:  8/17/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

